IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

01 APR -9 PM 2:52

| | |
|---|---|
| SHIM SHON RAANKHAMEN a/k/a HENRY BROWN, ) ) ) Plaintiff, ) ) vs ) ) ) COMMISSIONER JOE HOPPER, ) WARDEN JAMES DeLOACH, ) PAUL WHALEY, and ) WARDEN RON JONES, ) ) Defendants. ) | CIVIL ACTION NO. 98-PT-1220-M |

ENTERED
APR 0 9 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this _____ day of April, 2001.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE

28